

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00319-CV

_____

ANGELA CASTILLO, Appellant

V.

ARTURO MORENO, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2020-005357-1

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On March 8, 2021, we notified appellant Angela Castillo that her brief had not been filed as required. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless Castillo, no later than March 18, filed an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and the need for an extension. *See* Tex. R. App. P. 10.5(b)(1), 38.8(a)(1), 42.3, 44.3. Castillo did not respond.

Because Castillo has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: April 15, 2021